AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▼

| | |
|---|---|
| EAST COAST TRADEMARK HOLDINGS LLC and EVOLUTION DISTRO LLC , a Florida Limited Liability Company, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No.  0:25-cv-61486-RS |
| AMS DISTRIBUTION, LLC, a Georgia Limited Liability Corporation, and ARNIS A. HUDDA, | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Arnis A. Hudda
4200 Steve Reynolds Blvd.
Suite #2
Norcross, GA 30093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Louis R. Gigliotti, Esq.
Louis R. Gigliotti PA
114 Goya Way
St. Augustine, FL 32086
Tel: (954) 471-4392
Email: lgigliotti@bellsouth.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        07/23/2025

**SUMMONS**

*s/ A. Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| EAST COAST TRADEMARK HOLDINGS LLC and EVOLUTION DISTRO LLC , a Florida Limited Liability Company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> AMS DISTRIBUTION, LLC, a Georgia Limited Liability Corporation, and ARNIS A. HUDDA, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   0:25-cv-61486-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   AMS DISTRIBUTION LLC
4200 Steve Reynolds Blvd.
Suite #2
Norcross, GA 30093
Registered Agent: Arnis A. Hudda

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Louis R. Gigliotti, Esq.
Louis R. Gigliotti PA
114 Goya Way
St. Augustine, FL 32086
Tel: (954) 471-4392
Email: lgigliotti@bellsouth.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Jul 23, 2025

**SUMMONS**

*s/ A. Rodriguez*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court